# United States District Court

__SOUTHERN__ DISTRICT OF __IOWA__

06 MAY 12 AM 10:13

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

DENNIS EUGENE KIMBALL,
WILLIAM LLOYD BUGLEY,
GARY LEE MASON, and
BUFFY MARIE DECORAH-GARVIN

CASE NUMBER: 4: 06–MJ–069

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __February 7, 2006__ in __Polk__ County, in the __Southern__ District of __Iowa__ defendant(s) did,

Knowingly and intentionally by force, violence and intimidation, attempt to take from the person and presence of another, United States currency, belonging to and in the care, custody, control, management and possession of the First Bank located at 3401 SW 9th Street, Des Moines, Iowa, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__. I further state that I am a(n) __Special Agent with the Federal Bureau of Investigation__ and that this Complaint is based on the following facts:

See Affidavit attached and incorporated

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Jeff Atwood
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__5/12/06__ at __Des Moines, Iowa__
Date                                          City and State

Ross A. Walters, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

Affidavit

I, Jeffrey W. Atwood, Special Agent Federal Bureau of Investigation, having been duly sworn, do depose and state as follows:

1. I have received training with the FBI as to the legal principles and statutes representing criminal violation of the United States Code (USC) under my jurisdiction, which includes Bank Robbery, in violation of Title 18, USC, Section 2113.

2. This affidavit is submitted in support of my application for a criminal complaint charging; Dennis Eugene Kimball, William Lloyd Bugley, Gary Lee Mason and Buffy Marie Decorah with Bank Robbery.

3. All of the information contained in this affidavit is a product of either my personal observations and investigations or has been provided to me by other law enforcement authorities who I believe to be reliable.

4. On February 7, 2006, at approximately 9:19 a.m., an employee at First Bank, located at 3401 Southwest 9th Street, Des Moines, Iowa, called the Des Moines Police Dispatcher and advised that a suspicious man wearing a black sweatshirt, jeans and dark glasses entered the bank keeping one hand in his pocket. The man approached the teller counter, however he left abruptly without saying anything to the teller. At 9:25 a.m. an employee of First Bank called the police dispatcher again and advised that the same man returned to the bank, this time carrying a duffel bag and piece of paper in his hand. The man attempted to gain entry into the bank through the front doors, however the doors had been locked by an alert bank employee after the man left the first time. Bank employees also provided a description of a vehicle which the suspicious man had possibly left in. The description of the vehicle was a gold colored vehicle that looked like a Bonneville, bearing Iowa license plate 199-RGO. Dispatcher's broadcast that information to

patrol officers in the area.

5. While in route to the bank, officer's were advised by the dispatcher that a citizen had just reported a suspicious person in the area of 3420 SW 8th Street, approximately one block from the First Bank. Officers responded to the address and contacted the reporting person who advised she had seen a suspicious looking male get into a light colored Buick bearing Iowa license plate 999-RGO.

6. At approximately 9:38 a.m. on February 7, 2006, officer's observed a similar vehicle with the license plate 999-RGO in the area of Southwest 6th and Army Post Road. Officer's signaled the vehicle to stop in the 5500 block of Southeast 5th Street, and then made contact with the occupants of the vehicle.

7. Officers identified the following occupants in the vehicle; Dennis Eugene Kimball (driver), Gary Lee Mason (front passenger), William Lloyd Bugley (rear passenger). William Lloyd Bugley was laying down in the back seat of the vehicle at the time of the car stop. As Bugley was removed from the vehicle, he told an officer that he had been abducted by Kimball and Mason. Bugley also stated, "I can explain, I can explain, I was forced into the bank."

8. During the car stop, officer's observed a black and yellow Motorola two-way radio on the front passenger floorboard. They also observed a Motorola Kyocera cell phone was plugged into the cigarette lighter. Officer's also observed a piece of paper on the rear floorboard. On the piece of paper the following handwritten note was observed; "Be quiet this is Robby (sic). I want 10's, 20's, 50's & 100's. Put in bag. No one gets hurt."

9. Officer's arrested Dennis Eugene Kimball at the scene of the car stop on traffic violations. Gary Lee Mason was arrested on an outstanding warrant from Story County, and William Lloyd Bugley agreed to go to the Des Moines Police Department to be interviewed.

10. On February 7, 2006, after being transported to the Des Moines Police Department and waiving his Miranda rights, William Lloyd Bugley told a Des Moines Police Detective that he did, in fact, go into the First Bank located at 3401 Southwest 9th Street, Des Moines, Iowa, during the morning of February 7, 2006, with the intent to rob it. Bugley said that he left the bank the first time without carrying out the robbery because he thought everyone was looking at him. Bugley went back the second time and tried to enter the bank, but the doors were locked. Bugley advised that he was carrying the robbery note that was found in the car and a duffel bag. Bugley left the bank and went back to the car where Dennis Kimball and Gary Mason are waiting for him. Bugley added that he was robbing the bank because he was being held against his will by Dennis Eugene Kimball and Kimball's girlfriend Buffy Marie Decorah.

11. On February 7, 2006, Gary Lee Mason is interviewed by Des Moines Police Detectives. After waiving his Miranda rights, Mason told the Detectives that he knew Bugley was going to rob a bank at the direction of Kimball and Decorah, but that he did not have anything to do with the planning or carrying out of the robbery. Mason advised that Kimball and Decorah maintained contact during the attempted robbery by two way radio and cell phone.

12. On April 10, 2006, Gary Lee Mason was interviewed by SA Atwood. After waiving his Miranda rights Mason provided the following information: In the early morning hours of February 7, 2006, Mason was told by Dennis Kimball and Buffy Decorah that they were going to make William Bugley do a bank robbery. Later that same morning Mason, Kimball and Decorah met with Bugley at a house in Des Moines. Mason spoke to Bugley about the robbery, and Mason was of the opinion that Bugley was a willing participant in the plans to rob the bank. Mason said that Bugley had numerous opportunities to walk away from situation.

13. Mason said that prior to the robbery, Buffy Decorah wrote a bank robbery note on a

pad of paper, and then gave the note and the pad of paper to Bugley. Decorah then told Bugley to rewrite the note on the paper. Bugley then rewrote the note in his own handwriting.

14. During the interview with SA Atwood, Gary Lee Mason advised that he knew about the plans to conduct the robbery before the robbery occurred, and he made no attempt to contact law enforcement authorities. Mason could not explain why, knowing that a bank robbery was about to occur, he chose to ride along with Dennis Kimball and William Bugley. Mason said that, while he did not help plan the robbery, he expected to get some of the proceeds from the robbery.

15. First Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

16. Based on the previously stated facts and circumstances, I believe that there is probable cause to believe that Dennis Eugene Kimball, Gary Lee Mason, William Lloyd Bugley and Buffy Marie Decorah did conspire to commit Bank Robbery and did attempt to commit the same in violation of Title 18, USC 371, and Title 18, USC 2113 (a).

May 12, 2006

*[signature]*

SA Jeffrey W. Atwood

*[handwritten: Subscribed and sworn to this date 5/12/06 before me.]*

*[signature]* JMT