PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Dennis Eugene Kimball  **Case Number:** 4:06-cr-00158
                                                              4:16-cr-00129

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** September 21, 2007

**Original Offense:** 18 U.S.C. §§ 2113(a) – Attempted Bank Robbery
                     18 U.S.C. § 751(a) – Escape

**Original Sentence:** 145 months imprisonment, 36 months supervised release (4:06-cr-00158)
                      3 months imprisonment, 12 months supervised release (4:16-cr-00129)

**Date Current Supervision Commenced:** April 4, 2017

**Prior Modification(s)/Revocation(s):** None

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Failure to seek or maintain employment | On November 8, 2017, the offender stated he had not worked for two weeks due to a automobile accident he had been involved. At that time, the offender was instructed to apply for new employment, particularly through his previous temporary agency QPS Employment Group. |
| | On November 22, 2017, the offender reported to the U.S. Probation Office and stated he still had not obtained meaningful employment. The offender did not provide any proof of application. |

**U.S. Probation Officer Action:**

The offender is currently on Global Positioning System (GPS) due to his Attempted Bank Robbery conviction. The U.S. Probation Office restricted the offender's curfew, allowing him to still seek employment opportunities. The U.S. Probation Office recommends no further action be taken at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2017

by: /s/ Nick Davis
Nick L. Davis
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

John E. Beamer
Assistant United States Attorney

*(signed)*
Signature

☐ Objects and will petition the Court requesting that a formal hearing be set.

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

Signature of Judicial Officer

☐ Other:

Date